```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X
YI T. DONG & RU H. ZHAO,                :     06 Civ. 4973 (LAP)
                                        :
                  Plaintiffs,           :     ORDER
                                        :
            v.                          :
                                        :
CCW FASHION, INC., GOLDEN PHOENIX       :
CLOTHING, INC., 53 FASHION, INC.,       :
FA MING LIU, a/k/a JIMMY LIU, BI        :
FENG ZHOU, a/k/a JOYCE ZHOU, MEI        :
ZHEN LIU,                               :
                                        :
                  Defendants.           :
- - - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.


     On February 19, 2009, Magistrate Judge Eaton issued a

Report and Recommendation calculating Plaintiffs' damages and

awardable attorney's fees.  Objections to that Report and

Recommendation were due on March 10, 2009.  Having received no

objections and finding Judge Eaton's decision to be correct and

appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his

Report and Recommendation is hereby ADOPTED.


SO ORDERED:

DATED:    New York, New York
          April 1, 2009

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.